CITY OF KANSAS CITY, Missouri, Respondent,

v.

Narendra T. SHARMA, Appellant.

WD 77286

Missouri Court of Appeals, Western District.

ORDER FILED: June 9, 2015

Rehearing Denied July 28, 2015

Kendrea L. White, Kansas City, MO, for respondent.

Narendra T. Sharma, Appellant Pro Se.

Before Division Three: Mark D. Pfeiffer, Presiding Judge, Gary D. Witt, Judge and Anthony Rex Gabbert, Judge

## ORDER

Per curiam:

This is a *pro se* appeal from the denial of a motion for a new trial stemming from a municipal conviction for trespassing. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).